*Louis Spiegel* for respondents.

No. 77. LEWIS *v*. ILLINOIS. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Ode L. Rankin* for petitioner. *Messrs. George F. Barrett,* Attorney General of Illinois, and *Thomas J. Courtney* for respondent.

No. 79. CITY OF HARVEY ET AL. *v*. GETZ. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John J. Dowdle* for petitioners. *Mr. Henry O. Nickel* for respondent.

No. 80. CITY OF HARVEY *v*. GETZ. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John J. Dowdle* for petitioner. *Mr. Henry O. Nickel* for respondent.

No. 84. SARGENT & COMPANY ET AL. *v*. MOORE ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Raymond J. Scully* and *Hilbert I. Trachman* for petitioners. *Mr. Frank Weinstein* for respondents.

No. 85. HALL ET AL. *v*. BARNES ET AL., MEMBERS OF THE UNEMPLOYMENT COMPENSATION COMMISSION OF KEN-